CF:SLS
F.#2003RO0888

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.

★ MAY 2 1 2003 ★

**BROOKLYN OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

CORNEILUS DRAPER,

          Defendant.

- - - - - - - - - - - - - - - - - X

O R D E R

03-CR-537 (RJD)

     On application of the ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Samantha L. Schreiber, that the indictment and arrest warrant issued under seal in the above-captioned matter be unsealed as to defendant CORNEILUS DRAPER.

     IT IS HEREBY ORDERED that the indictment and arrest warrant be unsealed only as to defendant CORNEILUS DRAPER.

Dated:    Brooklyn, New York
           May 21, 2003

_____
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK