MBM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    -against-                                03 CR 537 (S-2)(RJD)

CORY MARCANO, et al.,

        Defendants.

- - - - - - - - - - - - - - - - - -X

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Assistant United States Attorney Melissa B. Marrus from this point forward will be added as counsel in the above-captioned matter.

      All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant United States Attorney Melissa B. Marrus
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East, 2nd Floor
    Tel: (718) 254-6790
    Fax: (718) 254-6320
    Email: melissa.marrus@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Melissa B. Marrus at the email address set forth above.

Dated:     Brooklyn, New York
           February 25, 2010

                                   Respectfully submitted,

                                   BENTON J. CAMPBELL
                                   United States Attorney


                    By:
                            /s/ Melissa B. Marrus
                           Melissa B. Marrus
                           Assistant U.S. Attorney

cc:  Clerk of the Court (RJD)